**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LEONER DAVID ROQUE BERMUDEZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-02351-DB** |
| | § | |
| **WARDEN**, *ERO El Paso Camp East Montana*, | § | |
| **Respondent.** | § | |
| | § | |
| | § | |

## ORDER

On this day, the Court considered Petitioner Leoner David Roque Bermudez's ("Petitioner") "Petitioner's Emergency Motion for Reconsideration Pursuant to Fed. R. Civ. P. 59(e), Motion for Civil Contempt, and Order for Immediate Return (*Status Quo Ante*)" ("Motion"), ECF No. 15, filed on October 16, 2026. Therein, Petitioner asks the Court to issue an order "to immediately coordinate, fund, and execute Petitioner's parole and physical return (repatriation) to the United States to face his legal proceedings under full constitutional Due Process." ECF No. 15 at 8. Petitioner bases his argument wholly on the fact that Respondents violated this Court's Order, ECF No. 4, that issued a stay of removal. *See id.* at 3–5.

The Court closed Petitioner's case after he was removed to Venezuela pursuant to a final order of removal. *See* ECF No. 11. Although Respondents technically violated this Court's Order, ECF No. 4, the Fifth Circuit recently held, in a published order, that federal courts are without jurisdiction to stay the removal of a noncitizen with an administratively final order of removal. *See Gakou v. Warden of Prairieland Detention Center*, No. 26-10925, 2026 WL 3044209 (5th Cir. Oct. 10, 2026). Accordingly, the Court finds Petitioner's removal was ultimately proper given the circumstances and that the Motion to Reconsider should be denied.

Accordingly, **IT IS HEREBY ORDERED** Petitioner's "Petitioner's Emergency Motion for Reconsideration Pursuant to Fed. R. Civ. P. 59(e), Motion for Civil Contempt, and Order for Immediate Return (*Status Quo Ante*)," ECF No. 15, is **DENIED**.

SIGNED this 19th day of October, 2026.

**HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**